## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

<u>MINUTES OF SETTING</u>                           Date: December 16, 1999

| | |
|---|---|
| JOSE A. RIVERA, et al | * |
| Plaintiffs | * |
| vs. | *   Civil 98-2058 (PG) |
| WILLIAM J. HENDERSON, et al | * |
| Defendants | * |

By Order of the Court a status conference in the above captioned case is hereby set for **Wednesday, January 19, 2000,** at 8:30 A.M. This proceeding will be held before Honorable Juan M. Pérez-Giménez.

_____
Lida Isis Egelé
Courtroom Deputy

s/c:   Marcos Valls Sánchez
       AUSA Lilliam Mendoza Toro

