UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

JOSE A. RIVERA, et al,
    Plaintiffs,

v.                          Civil No. 98-2058(PG)

WILLIAM J. HENDERSON, et al,
    Defendants.

*RECEIVED & FILED '00 MAR 23 AM 7:05 CLERK'S OFFICE US DISTRICT COURT SAN JUAN, PR*

| MOTION | ORDER |
|---|---|
| Docket #10 - Motion For The Withdrawal Of Legal Representation. | Granted. Plaintiff is granted thirty days to notify in writing the name of his new legal representation. |

Date: _____March 21___, 2000.

JUAN M. PEREZ-GIMENEZ
U.S. District Judge

J. Rivera
3/23/00