UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

| | |
|---|---|
| JOSE A. RIVERA, ET AL.,<br>Plaintiffs<br><br>v.<br><br>WILLIAM J. HENDERSON, ET AL.,<br><br>Defendants | Civ. No. 98-2058 (PG) |

## ORDER

Per Plaintiffs request, the claims against Postmaster Neida Oliveras and Supervisor Jesus Santiago are dismissed. *See* Minutes of Jan. 19, 2000 Status Conference (Dkt. 9). Likewise, Plaintiffs' cause of action under the Federal Tort Claims Act (FTCA) is also voluntarily dismissed, as is the cause of action presented by co-plaintiff Minerva Rodríguez against the United States Postal Service. (Dkt. 9)

Therefore, the above claims by Plaintiffs are DISMISSED.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, April 5, 2000.

JUAN M. PEREZ-GIMENEZ
U.S. District Judge