UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

JOSE A. RIVERA, ET AL., *
    Plaintiffs *
     *
v. *  Civ. No. 98-2058 (PG)
     *
WILLIAM J. HENDERSON, ET AL., *
     *
    Defendants *
     *
*************************

## **PARTIAL JUDGMENT**

The Court having granted Plaintiffs motion to voluntarily dismiss the claims against Postmaster Neida Oliveras and Supervisor Jesus Santiago, the cause of action under the Federal Tort Claims Act (FTCA), and cause of action presented by co-plaintiff Minerva Rodríguez against the United States Postal Service, it is hereby

**ORDERED and ADJUDGED** that these claims are **DISMISSED.**

San Juan, Puerto Rico, April 5, 2000.

                                          JUAN M. PEREZ-GIMENEZ
                                          U.S. District Judge

AO 72A
(Rev.8/82)