UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

| | |
|---|---|
| JOSE A. RIVERRA, ET AL., | ENTERED ON DOCKET |
| Plaintiffs | JUL 1 8 2000 PURSUANT |
| v. | TO FRCP RULES 58 & 79a |
| WILLIAM J. HENDERSON, ET AL., | Civ. No. 98-2058(PG) |
| Defendants | |

**JUDGMENT**

Having found that Plaintiffs failed to prosecute their case and also failed to comply with the Court's Order dated March 23, 2000 (Dkt. 11), it is hereby

**ORDERED and ADJUDGED** that the case be **dismissed with prejudice**.

San Juan, Puerto Rico, July _14_, 2000.

_____
JUAN M. PEREZ-GIMENEZ
U.S. District Judge

s/c: L. Mendoza
JUL 1 8 2000